Steve K. HARRIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 36811.

Missouri Court of Appeals,
Western District.

Dec. 17, 1985.

Joseph H. Locascio, Sp. Public Defender, Robert A. McNemar, Certified Law Intern, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and DIXON and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate twenty (20) year sentence for armed criminal action, § 571.015 RSMo (1978).

Affirmed. Rule 84.16(b).